IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

THOMAS HUNT

Magistrate No. 21-2007

## AFFIDAVIT FOR CRIMINAL COMPLAINT

I, Samantha Shelnick, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

## INTRODUCTION

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI), assigned to the FBI Pittsburgh, Pennsylvania office.  I have been so employed since March 2016.  As part of my duties, I investigate violations of federal law, including the online exploitation of children, including violations pertaining to the illegal possession, receipt, transmission, and production of material depicting the sexual exploitation of minors, and the interstate travel by adults for the purpose of engaging in unlawful sexual acts with children.  I have gained expertise in the conduct of such investigations through training in the area of child pornography and child exploitation investigations in my everyday work related to conducting these types of investigations, and I have had the opportunity to observe and review numerous examples of child pornography in a variety of media, including computer media.  By virtue of my FBI employment, I perform and have performed a variety of investigative tasks, including the execution of federal search warrants and seizures, and the identification and collection of computer-related evidence.  I have personally participated in the execution of numerous federal arrest warrants, search warrants involving the

1

search and seizure of computer equipment in cases involving violations of Title 18, United States Code, Sections 2250, 2251(a), 2252(a), 2422(a) and (b), and 2423—offenses involving the sexual exploitation of children, child pornography, and enticement.

2.      I know that Title 18, United States Code, Section 2422(b) makes it a crime to use a facility or means of interstate commerce, such as the Internet and the telephone, to knowingly attempt to persuade, induce, entice, or coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense.

3.      I am aware that Pennsylvania prohibits a person from intentionally contacting a minor, including a law enforcement officer acting in an undercover capacity and assuming the identity of a minor, for the purpose of engaging in the activity of any one or more of the activities prohibited in Chapter 31 of Pennsylvania's crime code, 18 Pa. C.S. § 6318(a)(1), and that Chapter 31 of Pennsylvania's Criminal Code, Section 3122.1(b) prohibits a person from engaging in sexual intercourse with an individual under the age of 16 years and that person is 11 or more years older than the individual and the person and the individual are not married to each other, and 3123(a)(7) prohibits a person from engaging in deviate sexual intercourse with an individual who is less than 16 years of age and the person is four or more years older than the individual and the individual and the person are not married to each other.

4.      This affidavit is being submitted in support of a criminal complaint and arrest warrant against defendant, THOMAS HUNT, hereinafter referred to as HUNT charging him with a violation of 18 U.S.C. § 2422(b).

5.      I am familiar with the facts and circumstances set forth in this affidavit as a result of my participation with an investigation conducted by the FBI Pittsburgh Violent Crimes Against Children Task Force, information received from other criminal investigators, and my review of

2

chats/text messages between the Undercover Agents (hereinafter "undercover" or "UC") and HUNT. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

6.      In summary, the following affidavit sets forth facts establishing probable cause that HUNT used a facility of interstate commerce, the Internet and a cellular telephone network, to attempt to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in unlawful sexual activity. HUNT, born in March 1991, utilized the username "Thomas H" on a specific social media Internet application (hereinafter "social media"). On September 13, 2021, HUNT initiated contact with the undercover (UC), who had assumed the identity of a twelve-year-old female, via the private messaging feature on the social Media application. HUNT and the undercover exchanged telephone numbers and transitioned to text messages during which HUNT utilized the telephone number (412) 872-7794. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that a violation of 18 U.S.C. § 2422(b) has been committed by HUNT.

## **PROBABLE CAUSE**

7.      On September 8, 2021, the undercover agent created an account on an Internet-based application which is a geosocial networking and online dating application. It runs on iOS and Android devices and is available for download from the Apple App Store and Google Play. Users can tap on the picture of another social media user, and the app will display a brief profile for that user, as well as the option to chat, send pictures, and share one's precise location.

8.      In this investigation, the undercover assumed the identity of a twelve-year-old female located in Pittsburgh, Pennsylvania. An individual with the social media username

3

"Thomas H" from Pittsburgh, Pennsylvania contacted the undercover via private messaging in the app and initiated a conversation with the undercover on September 13, 2021 at approximately 5:39 PM.  Between the dates of September 13, 2021 and October 1, 2021, social media user "Thomas H" contacted the undercover several times via private messaging on the social media platform. While chatting on the social media platform between September 27, 2021 at approximately 9:54 AM and October 1, 2021 at approximately 11:44 AM, HUNT sent to the undercover "Just text me sometime 4128727794."  Later that day on October 1, 2021, the undercover asked HUNT if they could text on a phone number.  HUNT replied, again, with telephone number (412) 872-7794.  The undercover responded with their phone number to which HUNT replied: "Texted you."

9.      On October 1, 2021, the undercover received a text message from HUNT via telephone number (412) 872-7794.  Database searches of the telephone number (412) 872-7794 revealed that this phone number is registered to THOMAS HUNT.  Social media user "Thomas H" had a profile picture as well as several other pictures of himself available to view in the application.  Upon review of the social media user "Thomas H's" pictures, your affiant compared those pictures with the individual pictured on THOMAS HUNT's driver's license and determined they were the same person: THOMAS HUNT.

10.     On October 1, 2021 at approximately 2:32 PM, HUNT contacted the undercover via text message from his telephone number (412) 872-7794.  HUNT engaged the undercover in the following conversation:

Oct 1, 2021, 2:31:04 PM: HUNT: Hey it's Tom from [redacted]

Oct 1, 2021, 2:31:31 PM: UC: Heyy it's [redacted] haha

Oct 1, 2021, 2:32:08 PM: UC: How old r u

Oct 1, 2021, 2:32:26 PM: HUNT: I'm 30 honestly

Oct 1, 2021, 2:32:39 PM: HUNT: I work at Joe's crab shack in station square

Oct 1, 2021, 2:32:52 PM: UC: Ohhhh

Oct 1, 2021, 2:32:59 PM: UC: Ur gonna be mad at me

Oct 1, 2021, 2:33:08 PM: HUNT: Y

Oct 1, 2021, 2:33:14 PM: UC: I aint of age 2 be on there

Oct 1, 2021, 2:33:27 PM: UC: U can block me

Oct 1, 2021, 2:33:34 PM: HUNT: How old are you

Oct 1, 2021, 2:34:05 PM: HUNT: ?

Oct 1, 2021, 2:34:36 PM: HUNT: U there?

Oct 1, 2021, 2:34:44 PM: UC: I'll be 13 next month

Oct 1, 2021, 2:35:09 PM: HUNT: Your young

Oct 1, 2021, 2:35:28 PM: HUNT: Y u on there

Oct 1, 2021, 2:36:01 PM: UC: I dunno. I domt know any1 here. I just moved jere

Oct 1, 2021, 2:36:21 PM: HUNT: O I understand

Oct 1, 2021, 2:36:41 PM: UC: Ty

Oct 1, 2021, 2:36:45 PM: HUNT: I'm just a nice guy I have a gf just looking for covos

11.     HUNT continued to text message with the undercover for several days.  On October 9, 2021 at approximately 9:25 AM, HUNT engaged in the following conversation with the undercover:

Oct 9, 2021, 9:25:51 AM: HUNT: Do u feel more adult than other girls?

Oct 9, 2021, 9:26:11 AM: UC: O ya 4 sure

Oct 9, 2021, 9:26:25 AM: HUNT: O ok

Oct 9, 2021, 9:26:44 AM: HUNT: So when we going to meet and smoke

Oct 9, 2021, 9:26:45 AM: UC: They like drama. I h8te it

Oct 9, 2021, 9:27:00 AM: HUNT: I don't like it myself

Oct 9, 2021, 9:27:07 AM: UC: Ubwanna meet me?!

Oct 9, 2021, 9:27:28 AM: HUNT: meet ya

Oct 9, 2021, 9:27:35 AM: HUNT: Y not?

Oct 9, 2021, 9:27:39 AM: UC: How I dont dive

Oct 9, 2021, 9:27:42 AM: UC: Drive

Oct 9, 2021, 9:28:03 AM: HUNT: U live in downtown I work in station square not far

Oct 9, 2021, 9:28:24 AM: UC: Ya when I go 2 my dads

Oct 9, 2021, 9:28:27 AM: UC: K

Oct 9, 2021, 9:28:41 AM: HUNT: So u wanna meet?

Oct 9, 2021, 9:29:00 AM: HUNT: Or I can meet you in downtown some night or a day off

Oct 9, 2021, 9:29:23 AM: UC: If u think it would be fun n ur gf doesn't get mad

Oct 9, 2021, 9:29:45 AM: HUNT: She won't

Oct 9, 2021, 9:29:59 AM: UC: I dont want drama 🤣

Oct 9, 2021, 9:30:07 AM: HUNT: Same

Oct 9, 2021, 9:30:10 AM: UC: I hv enuff

Oct 9, 2021, 9:30:21 AM: HUNT: Same da

Oct 9, 2021, 9:30:46 AM: UC: Wht r we gonna smoke

Oct 9, 2021, 9:30:57 AM: HUNT: Weed?

Oct 9, 2021, 9:31:31 AM: UC: U think it's OK I wont get blasted

Oct 9, 2021, 9:31:49 AM: HUNT: U be stoned

Oct 9, 2021, 9:31:52 AM: HUNT: 😂😂

Oct 9, 2021, 9:32:06 AM: UC: 🤕🤣

6

Oct 9, 2021, 9:32:15 AM: HUNT: If u want

Oct 9, 2021, 9:32:25 AM: UC: K

Oct 9, 2021, 9:32:30 AM: UC: 😭😭

Oct 9, 2021, 9:32:44 AM: HUNT: So lmk

Oct 9, 2021, 9:32:53 AM: HUNT: I got weed now so I'm cool

Oct 9, 2021, 9:33:09 AM: UC: Ya lemme see when I will be ther

Oct 9, 2021, 9:33:22 AM: UC: He flew out yestedsay

Oct 9, 2021, 9:33:35 AM: HUNT: I work til 11 tonight

Oct 9, 2021, 9:33:52 AM: UC: Ya im at my mums rt now

Oct 9, 2021, 9:34:06 AM: HUNT: O ok

Oct 9, 2021, 9:34:10 AM: UC: I cant get tjerr

Oct 9, 2021, 9:34:19 AM: HUNT: I understand

Oct 9, 2021, 9:34:36 AM: UC: My mom wont let me out to smoke weed w u 🤣

Oct 9, 2021, 9:34:55 AM: UC: I can ask her when I get outta bed

Oct 9, 2021, 9:35:45 AM: HUNT: I doubt it. Parents thinks it's bad

Oct 9, 2021, 9:36:00 AM: HUNT: I been smoking tree since I was 10

Oct 9, 2021, 9:36:09 AM: UC: K. I can't let them fjnd out

Oct 9, 2021, 9:36:28 AM: HUNT: Exactly

Oct 9, 2021, 9:36:37 AM: UC: I need to meet u when I'm at my dads n I'm alone ther

Oct 9, 2021, 9:36:38 AM: HUNT: On the dl

Oct 9, 2021, 9:36:45 AM: UC: He travels

Oct 9, 2021, 9:36:49 AM: HUNT: Ok

Oct 9, 2021, 9:37:13 AM: UC: I can stay out late after u work

Oct 9, 2021, 9:37:30 AM: HUNT: O ok

Oct 9, 2021, 9:38:51 AM: HUNT: So anything on your mind

Oct 9, 2021, 9:39:12 AM: UC: A lot. U knw

Oct 9, 2021, 9:39:24 AM: HUNT: Talk

Oct 9, 2021, 9:40:15 AM: UC: Ur nice 2 me n nobody is really.

Oct 9, 2021, 9:40:33 AM: HUNT: I'm sorry

Oct 9, 2021, 9:40:54 AM: UC: No dnt be its ok

Oct 9, 2021, 9:41:18 AM: HUNT: U think I should treat you as a adult or a kid

Oct 9, 2021, 9:41:54 AM: UC: Wdu think????

Oct 9, 2021, 9:42:08 AM: UC: I h8te bein a kod

Oct 9, 2021, 9:42:29 AM: HUNT: I'm asking you honestly

Oct 9, 2021, 9:43:17 AM: UC: Ya. I no. I dont care about u beim an adult

Oct 9, 2021, 9:43:23 AM: UC: I talk 2 u

Oct 9, 2021, 9:43:40 AM: HUNT: I thought u were cute when I first seen u online

Oct 9, 2021, 9:43:58 AM: UC: That makes me happy

Oct 9, 2021, 9:44:22 AM: HUNT: I mean in a sexual Matter

12.    HUNT continued the conversation:

Oct 9, 2021, 10:01:35 AM: HUNT: Fine did you have sex before?

Oct 9, 2021, 10:02:48 AM: HUNT: ?

Oct 9, 2021, 10:07:28 AM: UC: 1 sec

Oct 9, 2021, 10:08:13 AM: UC: No nvr b4

Oct 9, 2021, 10:08:29 AM: HUNT: Ok

Oct 9, 2021, 10:09:14 AM: UC: Hv u

Oct 9, 2021, 10:09:26 AM: HUNT: Of course

Oct 9, 2021, 10:09:49 AM: UC: K

Oct 9, 2021, 10:10:07 AM: HUNT: U always can ask about anything

Oct 9, 2021, 10:10:32 AM: UC: I trust u

Oct 9, 2021, 10:10:44 AM: UC: U make me mad sumtimes

Oct 9, 2021, 10:10:47 AM: UC: 🤣

Oct 9, 2021, 10:10:53 AM: HUNT: Y

Oct 9, 2021, 10:11:16 AM: UC: Cuz u talk in ⬭

Oct 9, 2021, 10:11:31 AM: HUNT: Lost

Oct 9, 2021, 10:12:02 AM: UC: Circles

Oct 9, 2021, 10:12:16 AM: HUNT: O I don't mean to

Oct 9, 2021, 10:12:30 AM: UC: I kno

Oct 9, 2021, 10:12:57 AM: HUNT: Any questions

Oct 9, 2021, 10:13:17 AM: UC: Will u hurt me

Oct 9, 2021, 10:13:27 AM: HUNT: No

Oct 9, 2021, 10:13:37 AM: UC: N I dont wanna get pregnant

Oct 9, 2021, 10:13:50 AM: HUNT: I understand that

Oct 9, 2021, 10:14:00 AM: UC: N im afraid of ur gg

Oct 9, 2021, 10:14:03 AM: UC: Gf

Oct 9, 2021, 10:14:09 AM: HUNT: Did you have your period?

Oct 9, 2021, 10:14:19 AM: HUNT: I understand that

Oct 9, 2021, 10:14:25 AM: UC: Ya

Oct 9, 2021, 10:14:42 AM: HUNT: Ok

Oct 9, 2021, 10:14:47 AM: UC: Do u tell her

Oct 9, 2021, 10:15:01 AM: HUNT: Tell her what

Oct 9, 2021, 10:15:11 AM: UC: U talk 2 me

Oct 9, 2021, 10:15:22 AM: HUNT: Yes

Oct 9, 2021, 10:15:37 AM: UC: I saw girls fight in school ovr talkkn 2 boys

Oct 9, 2021, 10:15:45 AM: UC: I aint fightn

Oct 9, 2021, 10:15:55 AM: HUNT: Ik

Oct 9, 2021, 10:18:03 AM: HUNT: She not a fighter

Oct 9, 2021, 10:18:40 AM: UC: K

Oct 9, 2021, 10:19:07 AM: HUNT: So anything else

Oct 9, 2021, 10:20:17 AM: UC: I think thts all I thnk about. I hear sum stories at school about gettn hurt

Oct 9, 2021, 10:20:42 AM: UC: N a girl got pregant n quit school

Oct 9, 2021, 10:20:46 AM: HUNT: I'm not that kind of guy

Oct 9, 2021, 10:20:54 AM: HUNT: O wow

Oct 9, 2021, 10:21:02 AM: UC: Ya

Oct 9, 2021, 10:21:19 AM: UC: Tht cant hapn

Oct 9, 2021, 10:21:28 AM: HUNT: Ik

Oct 9, 2021, 10:21:50 AM: HUNT: Condoms

Oct 9, 2021, 10:22:46 AM: HUNT: If u want to. It's up to you

Oct 9, 2021, 10:23:49 AM: UC: Can I let u know

Oct 9, 2021, 10:24:10 AM: HUNT: Yes

Oct 9, 2021, 10:24:25 AM: UC: Wher coukd we do it

Oct 9, 2021, 10:25:50 AM: HUNT: Your dad's place

Oct 9, 2021, 10:26:09 AM: HUNT: Since he's not in town

Oct 9, 2021, 10:26:16 AM: UC: Ya when he is away

Oct 9, 2021, 10:26:36 AM: HUNT: So ya

Oct 9, 2021, 10:27:04 AM: UC: 😭😭

Oct 9, 2021, 10:27:29 AM: HUNT: We smoke first

Oct 9, 2021, 10:29:09 AM: UC: Ya we can't smoke inside

Oct 9, 2021, 10:29:26 AM: HUNT: Ok

Oct 9, 2021, 10:30:34 AM: HUNT: So anything else on that mind

Oct 9, 2021, 10:31:07 AM: UC: R u gonna tell n e 1

Oct 9, 2021, 10:31:25 AM: HUNT: What's on my mind?

Oct 9, 2021, 10:31:45 AM: UC: No about this

Oct 9, 2021, 10:32:06 AM: HUNT: Sounds like a plan if u want to

Oct 9, 2021, 10:32:26 AM: UC: I'm gonna go find out when he is traveln again n I can go
stay ther

Oct 9, 2021, 10:32:44 AM: HUNT: O ok

Oct 9, 2021, 10:33:14 AM: UC: U think it's OK n promise me u won't hurt me

Oct 9, 2021, 10:33:16 AM: HUNT: Sounds good

Oct 9, 2021, 10:33:28 AM: HUNT: Yes I promise

Oct 9, 2021, 10:33:44 AM: UC: 😭

Oct 9, 2021, 10:34:05 AM: HUNT: Honestly when u have your first time having sex it
does hurt and u do bleed I hope you know

Oct 9, 2021, 10:34:37 AM: HUNT: After a bit it feels good

Oct 9, 2021, 10:35:51 AM: UC: Ya I herd tht b4

Oct 9, 2021, 10:36:16 AM: HUNT: O ok

Oct 9, 2021, 10:38:27 AM: HUNT: Just remember it's your choice

Oct 9, 2021, 10:42:33 AM: HUNT: So ya

Oct 9, 2021, 10:42:50 AM: UC: Ya ya I kno I just wanna be shore I aint gonna die

11

Oct 9, 2021, 10:42:54 AM: UC: 😵

Oct 9, 2021, 10:43:13 AM: HUNT: We see 😂😂

Oct 9, 2021, 10:44:39 AM: HUNT: Have u seen a dick before?

Oct 9, 2021, 10:48:11 AM: HUNT: ?

Oct 9, 2021, 10:51:32 AM: HUNT: U there

Oct 9, 2021, 10:52:31 AM: UC: Not real life

Oct 9, 2021, 10:52:49 AM: HUNT: O ok

Oct 9, 2021, 10:53:14 AM: HUNT: Dam I'm still horny ugh

Oct 9, 2021, 10:53:33 AM: UC: Ya I bet

Oct 9, 2021, 10:53:55 AM: HUNT: Have you ever played with yourself?

Oct 9, 2021, 10:54:37 AM: UC: I've thot about it

Oct 9, 2021, 10:55:24 AM: HUNT: U guess u never had a guy lick your pussy

Oct 9, 2021, 10:55:43 AM: UC: Haha no not l8tly

Oct 9, 2021, 10:55:48 AM: UC: U do tht

Oct 9, 2021, 10:55:56 AM: HUNT: Yea

Oct 9, 2021, 10:56:30 AM: UC: Does tht hurt

Oct 9, 2021, 10:56:41 AM: HUNT: No it feels good

Oct 9, 2021, 10:57:09 AM: UC: I can't eat my cereal rt now

Oct 9, 2021, 10:57:17 AM: UC: I'm 😵

Oct 9, 2021, 10:57:23 AM: HUNT: O srry

Oct 9, 2021, 10:57:30 AM: UC: Haha

Oct 9, 2021, 10:57:40 AM: UC: Ur ok

Oct 9, 2021, 10:57:48 AM: HUNT: U want to be treated as a adult so 😏

Oct 9, 2021, 10:58:14 AM: UC: Bring it!haha

Oct 9, 2021, 10:58:27 AM: HUNT: Your choice

Oct 9, 2021, 10:59:12 AM: HUNT: Mybe u can send me a sexy pic hmm

Oct 9, 2021, 10:59:24 AM: UC: My mum said im gojn 2 my dads Wednesday cuz thats the custody plan

Oct 9, 2021, 10:59:33 AM: UC: U wanna pic

Oct 9, 2021, 10:59:43 AM: HUNT: Ok I'm off Wednesday

Oct 9, 2021, 10:59:54 AM: UC: Noooo way!

Oct 9, 2021, 10:59:55 AM: HUNT: Yea

Oct 9, 2021, 11:00:10 AM: HUNT: We could meet up

Oct 9, 2021, 11:00:55 AM: UC: Ya he is workin in Houston so 🫣

Oct 9, 2021, 11:01:06 AM: HUNT: O ok

Oct 9, 2021, 11:01:10 AM: UC: I go there aftr school

Oct 9, 2021, 11:01:20 AM: HUNT: O

Oct 9, 2021, 11:01:39 AM: HUNT: That's pretty far from me

Oct 9, 2021, 11:02:02 AM: UC: My dad lives in the city???

Oct 9, 2021, 11:02:11 AM: UC: Is tht near u

Oct 9, 2021, 11:02:22 AM: HUNT: I'm like by the Southside

Oct 9, 2021, 11:02:39 AM: UC: Ya I think that's near ther

Oct 9, 2021, 11:02:47 AM: HUNT: So pic or no?

Oct 9, 2021, 11:02:49 AM: UC: I dont know

Oct 9, 2021, 11:02:51 AM: HUNT: O ok

Oct 9, 2021, 11:02:57 AM: HUNT: Ok

Oct 9, 2021, 11:03:10 AM: UC: I aint sexy so

Oct 9, 2021, 11:03:28 AM: HUNT: Let me see

Oct 9, 2021, 11:03:36 AM: UC: N I hv no shape

Oct 9, 2021, 11:03:51 AM: HUNT: I need a address to see if it's close

13.     On October 11, 2021 at approximately 10:49 AM, HUNT engaged the undercover

in the following conversation:

Oct 11, 2021, 10:49:43 AM: UC: Heyy

Oct 11, 2021, 10:52:14 AM: HUNT: Hru

Oct 11, 2021, 10:52:29 AM: UC: I'm ok. Wbu

Oct 11, 2021, 10:52:48 AM: HUNT: Tired like normal

Oct 11, 2021, 10:53:08 AM: HUNT: I guess u don't want to meet me

Oct 11, 2021, 10:53:24 AM: UC: Ya I saw u txt me at like 3 am

Oct 11, 2021, 10:53:47 AM: HUNT: Ya

Oct 11, 2021, 10:54:00 AM: UC: I cant 2day. I dont go 2 my dads til wendsday

Oct 11, 2021, 10:54:21 AM: HUNT: So we meet Wednesday

Oct 11, 2021, 10:54:37 AM: UC: If u still want 2

Oct 11, 2021, 10:54:45 AM: HUNT: Sure

Oct 11, 2021, 10:54:51 AM: UC: K

Oct 11, 2021, 10:55:01 AM: HUNT: So what's new

Oct 11, 2021, 10:55:24 AM: UC: U want me to skip tht day or go 2 school n come back to
        my dads

Oct 11, 2021, 10:55:54 AM: HUNT: Up to you I guess

Oct 11, 2021, 10:56:18 AM: UC: I dont no I guess.

Oct 11, 2021, 10:56:32 AM: HUNT: I'm just horny

Oct 11, 2021, 10:56:50 AM: UC: Haha

Oct 11, 2021, 10:56:58 AM: UC: U always say tht

14

Oct 11, 2021, 10:57:00 AM: HUNT: Sure u could meet me behind Joe's crab shack

Oct 11, 2021, 10:57:20 AM: HUNT: I just been really horny idk y

Oct 11, 2021, 10:57:58 AM: UC: 😺

Oct 11, 2021, 10:58:13 AM: HUNT: So?

Oct 11, 2021, 10:58:29 AM: HUNT: Could you fix that?

Oct 11, 2021, 10:59:25 AM: UC: U want me 2?!

Oct 11, 2021, 10:59:38 AM: HUNT: Sure

Oct 11, 2021, 10:59:53 AM: UC: Behind ur work

Oct 11, 2021, 11:00:04 AM: HUNT: Sure

Oct 11, 2021, 11:00:06 AM: UC: Or at my dafs

Oct 11, 2021, 11:00:09 AM: UC: Dads

Oct 11, 2021, 11:00:32 AM: HUNT: meet behind Joe's and we go to your dad's?

Oct 11, 2021, 11:00:55 AM: UC: K I don't knwo how 2 get there

Oct 11, 2021, 11:01:11 AM: HUNT: O

Oct 11, 2021, 11:01:27 AM: UC: I can try

Oct 11, 2021, 11:01:29 AM: HUNT: 3 east station square drive that's the address

Oct 11, 2021, 11:01:50 AM: HUNT: For buca in station square

Oct 11, 2021, 11:01:51 AM: UC: Can I walk?

Oct 11, 2021, 11:02:03 AM: HUNT: Ya

Oct 11, 2021, 11:02:04 AM: UC: K

Oct 11, 2021, 11:02:18 AM: HUNT: If u actually want to meet

Oct 11, 2021, 11:03:20 AM: HUNT: Do u find me attractive?

Oct 11, 2021, 11:03:49 AM: UC: Omg yes.

Oct 11, 2021, 11:04:07 AM: HUNT: I find u cute asf

Oct 11, 2021, 11:04:09 AM: UC: Wb me

Oct 11, 2021, 11:04:13 AM: UC: K

Oct 11, 2021, 11:04:19 AM: UC: 😭

Oct 11, 2021, 11:04:39 AM: HUNT: I want u on my dick

Oct 11, 2021, 11:04:56 AM: UC: Haha u said u wont hurt me

Oct 11, 2021, 11:05:09 AM: HUNT: Only my dick

Oct 11, 2021, 11:05:54 AM: UC: U r soooo bad rt now

Oct 11, 2021, 11:06:30 AM: HUNT: Do u want to be on my dick?

Oct 11, 2021, 11:07:52 AM: HUNT: Are u going to show up tonight?

Oct 11, 2021, 11:08:25 AM: UC: I nvr did that b4 n as long as I don't get hurt or pregnant
I can't 2nite cuz im at my moms.

Oct 11, 2021, 11:09:08 AM: HUNT: Ok and I won't

Oct 11, 2021, 11:09:13 AM: UC: Its embarssing that I tell u this stuff sorry

Oct 11, 2021, 11:09:23 AM: HUNT: Y

Oct 11, 2021, 11:09:31 AM: UC: Im tryin

Oct 11, 2021, 11:09:40 AM: UC: Cuz

Oct 11, 2021, 11:09:45 AM: HUNT: U like me sexually?

Oct 11, 2021, 11:10:17 AM: UC: U r nice 2 me. U r cute. U just know more thn me

Oct 11, 2021, 11:10:29 AM: UC: U think I did this b4.

Oct 11, 2021, 11:10:36 AM: UC: I hvnt

Oct 11, 2021, 11:10:54 AM: HUNT: O ok I can show you want to do

Oct 11, 2021, 11:11:14 AM: HUNT: Daddy will show you want to do 😂

Oct 11, 2021, 11:11:21 AM: UC: 🤭

Oct 11, 2021, 11:11:42 AM: UC: My face is on fire its so red rt now

16

Oct 11, 2021, 11:11:58 AM: HUNT: Show Me

Oct 11, 2021, 11:14:18 AM: HUNT: U there

Oct 11, 2021, 11:15:07 AM: UC: Ya I didnt go 2 school 2day so mum is here

Oct 11, 2021, 11:15:35 AM: UC: Sorry

Oct 11, 2021, 11:15:42 AM: HUNT: I don't start till 5

Oct 11, 2021, 11:15:59 AM: UC: Do u work wendsday

Oct 11, 2021, 11:16:55 AM: HUNT: No

Oct 11, 2021, 11:17:17 AM: UC: K

14.      In addition, HUNT told the undercover in previous conversations that he worked at Joe's Crab Shack in Station Square, Pittsburgh, Pennsylvania.  On October 11, 2021, HUNT told the undercover he was called into work early that day.  On October 11, 2021 at approximately 6:20 PM, your affiant and the undercover surveilled the area of Joe's Crab Shack and Buca di Beppo in Station Square, Pittsburgh, Pennsylvania and identified HUNT sitting on a bench, seemingly taking a break from working.  The agents observed HUNT sitting outside of the restaurant smoking a cigarette and using his other hand to operate his cell phone.  Immediately prior to the agents identifying HUNT, HUNT stated the below to the undercover:

Oct 11, 2021, 3:56:18 PM: HUNT: Yea and just got called in early

Oct 11, 2021, 3:56:20 PM: UC: Ur early 2 day 😂

Oct 11, 2021, 3:56:26 PM: HUNT: Ugh More ot

Oct 11, 2021, 3:57:39 PM: UC: Ur always stressin biut bein l8te

Oct 11, 2021, 6:13:35 PM: UC: Did u make it in time

Oct 11, 2021, 6:14:42 PM: HUNT: Yea

Oct 11, 2021, 6:15:26 PM: UC: K sorry was bored n wonderin

Oct 11, 2021, 6:16:16 PM: HUNT: U good

Oct 11, 2021, 6:16:39 PM: HUNT: Going to go smoke a cig anyway

    15.    On October 12, 2021 at approximately 12:18 PM, HUNT engaged the undercover

in the following conversation:

Oct 12, 2021, 12:18:34 PM: HUNT: Really horny rn

Oct 12, 2021, 12:19:03 PM: UC: Haha im n class rt now 😵

Oct 12, 2021, 12:19:15 PM: UC: Can u wait

Oct 12, 2021, 12:19:24 PM: HUNT: K

Oct 12, 2021, 12:19:58 PM: UC: U make me 🤣 out loud.

Oct 12, 2021, 12:20:17 PM: HUNT: 😂

Oct 12, 2021, 12:25:38 PM: UC: I aint goin 2 school 2morrow.

Oct 12, 2021, 12:25:56 PM: HUNT: Meet up tomorrow

Oct 12, 2021, 12:26:17 PM: UC: Ya if u want

Oct 12, 2021, 12:26:41 PM: HUNT: Still want to taste your pussy

Oct 12, 2021, 12:27:09 PM: UC: ☺😉

Oct 12, 2021, 12:27:28 PM: HUNT: If u want me to

Oct 12, 2021, 12:29:34 PM: HUNT: Mybe u can try to suck my dick

Oct 12, 2021, 12:30:06 PM: UC: I nvr had tht done 2 me b4....u think I shoukd shower b4

       n we can't do tht at ur work we need to walk back to my dads. If u think thats good

Oct 12, 2021, 12:30:30 PM: HUNT: Yes

Oct 12, 2021, 12:31:02 PM: HUNT: So we on for tomorrow

Oct 12, 2021, 12:31:13 PM: UC: K. I gotta figur out how 2 get ther n back

Oct 12, 2021, 12:31:36 PM: HUNT: We can walk to your dad's

Oct 12, 2021, 12:31:47 PM: UC: Ya 😎

Oct 12, 2021, 12:31:49 PM: HUNT: Or get a lift

Oct 12, 2021, 12:32:13 PM: HUNT: Should send me a picture of your pussy

Oct 12, 2021, 12:32:21 PM: UC: Whtevr u want...whattabout those scooters

Oct 12, 2021, 12:32:25 PM: HUNT: I'm really horny

Oct 12, 2021, 12:34:04 PM: HUNT: So u sending me that picture

Oct 12, 2021, 12:34:14 PM: UC: Omg I am in class rt now n ur askin 4 a pic of my 😼

Oct 12, 2021, 12:34:43 PM: HUNT: Yea ask to go to the bathroom

Oct 12, 2021, 12:35:44 PM: HUNT: So?

Oct 12, 2021, 12:35:54 PM: UC: What r u doin rt now 🤭

Oct 12, 2021, 12:35:59 PM: UC: Stop it

Oct 12, 2021, 12:36:21 PM: UC: I cant leave rt now

Oct 12, 2021, 12:36:31 PM: UC: She wont let me

Oct 12, 2021, 12:39:14 PM: HUNT: Ugh

Oct 12, 2021, 12:39:27 PM: HUNT: Come on girl

Oct 12, 2021, 12:39:52 PM: HUNT: Go to the bathroom and get me a pic

Oct 12, 2021, 12:40:07 PM: HUNT: Listen to daddy

16.     On October 13, 2021, HUNT again discussed meeting the undercover in person.
The conversation continued as follows:

Oct 13, 2021, 2:47:48 AM: HUNT: Hey

Oct 13, 2021, 2:50:50 AM: HUNT: Can't sleep really horny

Oct 13, 2021, 7:58:34 AM: UC: Gm sorry I was sleepn whn u sent tht.

Oct 13, 2021, 9:45:21 AM: HUNT: I hear ya

Oct 13, 2021, 10:10:38 AM: UC: Walkn 2 my dads. Almost thr

Oct 13, 2021, 10:10:57 AM: HUNT: O ok

Oct 13, 2021, 10:32:09 AM: UC: Im gonna sstart walkin cuz its far

Oct 13, 2021, 10:32:37 AM: HUNT: Okay

Oct 13, 2021, 10:33:18 AM: UC: Im nervus

Oct 13, 2021, 10:33:31 AM: UC: K

Oct 13, 2021, 10:34:27 AM: HUNT: O really

Oct 13, 2021, 10:40:37 AM: UC: Ur not haha 😵

Oct 13, 2021, 10:40:57 AM: UC: But im xcited 2 see u

Oct 13, 2021, 11:01:44 AM: UC: 😳

Oct 13, 2021, 11:07:41 AM: HUNT: 😂

Oct 13, 2021, 11:09:53 AM: HUNT: So tired

Oct 13, 2021, 11:12:14 AM: UC: Omg so am I but im walkn. R we not gonna hang out
    2day?????

Oct 13, 2021, 11:13:02 AM: HUNT: Ya when

Oct 13, 2021, 11:15:02 AM: UC: Ummm like around lunxh

Oct 13, 2021, 11:15:20 AM: HUNT: Were

Oct 13, 2021, 11:16:08 AM: UC: I dont no 🙀 like I nvr walked in the city

Oct 13, 2021, 11:16:28 AM: UC: U told me b4 ur work

Oct 13, 2021, 11:17:24 AM: HUNT: I'm off today

Oct 13, 2021, 11:19:22 AM: UC: So I was gonna walk ther n then we can walk back 2 my
    dads cuz he is gone

Oct 13, 2021, 11:19:38 AM: HUNT: O ok

Oct 13, 2021, 11:23:38 AM: HUNT: So what time u should be there

Oct 13, 2021, 11:25:18 AM: UC: Idk like 12:30 or 1

Oct 13, 2021, 11:27:27 AM: HUNT: Idk what time I'm leaving yet

Oct 13, 2021, 11:33:45 AM: UC: O

Oct 13, 2021, 11:34:00 AM: HUNT: Yea

Oct 13, 2021, 11:34:39 AM: UC: Wht shud I do. Just chill

Oct 13, 2021, 11:35:19 AM: HUNT: Yea

Oct 13, 2021, 11:36:43 AM: UC: U dont wanna meet today

Oct 13, 2021, 11:37:03 AM: HUNT: I do just a lil busy atm

Oct 13, 2021, 11:48:14 AM: HUNT: So what's up

Oct 13, 2021, 11:50:24 AM: UC: Just glad im not n school 2day n I hv a place 2 chill at
my dads n 2 see u 2day

Oct 13, 2021, 11:50:49 AM: HUNT: I get that

Oct 13, 2021, 11:51:18 AM: UC: K

Oct 13, 2021, 12:01:50 PM: UC: Whts up u busy rt now

Oct 13, 2021, 12:04:32 PM: HUNT: Ya

Oct 13, 2021, 12:04:55 PM: UC: Im gonna walk down 2 the river now n hang out

Oct 13, 2021, 12:05:05 PM: HUNT: Okay

Oct 13, 2021, 12:05:25 PM: HUNT: Looks like I'm busy til 2

Oct 13, 2021, 12:05:38 PM: UC: O

Oct 13, 2021, 12:07:51 PM: HUNT: Might take a nap

Oct 13, 2021, 12:08:37 PM: UC: Ya nvm im gonna go sumwher else n hang out thn ttyl

Oct 13, 2021, 12:09:52 PM: HUNT: O ok

Oct 13, 2021, 12:11:08 PM: UC: Ya

Oct 13, 2021, 12:11:28 PM: HUNT: Meet up around 2 I guess

Oct 13, 2021, 12:13:45 PM: UC: Im xcited 2 meet u n u sound blah. Im tryin ya no.

Oct 13, 2021, 12:14:49 PM: UC: 2 is okay im gonna walk around

Oct 13, 2021, 12:15:13 PM: HUNT: Ok

Oct 13, 2021, 12:34:44 PM: HUNT: So what's new

Oct 13, 2021, 12:36:31 PM: UC: Umm my dad won't be back until 2 morrow night so.....his plane got changd

Oct 13, 2021, 12:36:47 PM: UC: Wbu

Oct 13, 2021, 12:49:35 PM: HUNT: O just making a list for tomorrow

Oct 13, 2021, 1:21:18 PM: Me: Haha wdu mean! Im omw cuz its far

Oct 13, 2021, 1:21:47 PM: HUNT: O ok

Oct 13, 2021, 1:26:03 PM: UC: Picture Sent

Oct 13, 2021, 1:37:49 PM: HUNT: O hey

Oct 13, 2021, 1:38:12 PM: UC: Heyy

Oct 13, 2021, 1:39:02 PM: HUNT: What's up

Oct 13, 2021, 1:39:50 PM: UC: Walkn. Wbu

Oct 13, 2021, 1:40:56 PM: HUNT: Tired watching a movie

Oct 13, 2021, 1:41:17 PM: UC: O

Oct 13, 2021, 1:41:31 PM: HUNT: Yup

Oct 13, 2021, 1:41:51 PM: UC: Guess ur busy.

Oct 13, 2021, 1:42:23 PM: HUNT: Waiting for my gf to go to her appointment

Oct 13, 2021, 1:42:42 PM: UC: K

Oct 13, 2021, 1:44:00 PM: HUNT: That's y I said around 2

Oct 13, 2021, 1:44:36 PM: UC: Ya 😊

Oct 13, 2021, 1:49:34 PM: UC: U didnt say 2 her u were chilln with me did u

Oct 13, 2021, 1:50:26 PM: HUNT: No she would be mad

Oct 13, 2021, 1:52:42 PM: UC: 😩

Oct 13, 2021, 1:52:59 PM: HUNT: Yup

Oct 13, 2021, 1:53:57 PM: UC: It looks like rain wtf

Oct 13, 2021, 1:54:25 PM: HUNT: Ik my back is killing me

Oct 13, 2021, 1:55:06 PM: UC: I can try to fix it

Oct 13, 2021, 1:55:19 PM: HUNT: How

Oct 13, 2021, 1:56:13 PM: UC: Haha I can use a back messager thingy on it

Oct 13, 2021, 1:56:24 PM: UC: It feels good

Oct 13, 2021, 1:56:28 PM: HUNT: O ok

Oct 13, 2021, 2:03:20 PM: UC: I gotta get accross anothr river n then it says im ther

Oct 13, 2021, 2:11:30 PM: UC: Suns out!

Oct 13, 2021, 2:20:44 PM: HUNT: On my way down

Oct 13, 2021, 2:22:05 PM: UC: U may hv 2 carry me home im tired

Oct 13, 2021, 2:22:22 PM: HUNT: O really

Oct 13, 2021, 2:24:11 PM: HUNT: So where u at

Oct 13, 2021, 2:24:37 PM: HUNT: T 3 minutes

Oct 13, 2021, 2:26:05 PM: UC: Ummm near some buildings near a bridge I think I hv 2
go across this brige

Oct 13, 2021, 2:26:28 PM: HUNT: Witch one

Oct 13, 2021, 2:26:51 PM: UC: A blue one

Oct 13, 2021, 2:27:16 PM: UC: ?????

Oct 13, 2021, 2:27:18 PM: HUNT: I don't know the bridges

Oct 13, 2021, 2:27:22 PM: HUNT: U oops

Oct 13, 2021, 2:27:27 PM: UC: Same

Oct 13, 2021, 2:30:28 PM: HUNT: Go on Google maps and look up station square

Oct 13, 2021, 2:30:54 PM: HUNT: I'm on my way down

Oct 13, 2021, 2:31:21 PM: UC: K 1 sec. I think I did that. I can see it

Oct 13, 2021, 2:31:58 PM: HUNT: So u did?

Oct 13, 2021, 2:33:07 PM: UC: Ya

Oct 13, 2021, 2:33:21 PM: HUNT: So where u at?

Oct 13, 2021, 2:33:43 PM: UC: On the end of the bridge

Oct 13, 2021, 2:33:45 PM: HUNT: I should be down there in like 10 minutes

Oct 13, 2021, 2:33:59 PM: HUNT: Smithfield bridge

Oct 13, 2021, 2:34:03 PM: HUNT: ?

Oct 13, 2021, 2:34:06 PM: UC: K. I hv to pee

Oct 13, 2021, 2:34:12 PM: UC: Ya

Oct 13, 2021, 2:34:22 PM: HUNT: O

Oct 13, 2021, 2:35:14 PM: UC: This place is amazin

Oct 13, 2021, 2:35:34 PM: HUNT: What station square

Oct 13, 2021, 2:35:46 PM: UC: Ya

Oct 13, 2021, 2:36:12 PM: HUNT: I been working down there for years

Oct 13, 2021, 2:39:40 PM: HUNT: Almost there

Oct 13, 2021, 2:40:12 PM: UC: 😭😭😭😭😭😭😭

Oct 13, 2021, 2:44:12 PM: HUNT: At the t station

Oct 13, 2021, 2:44:50 PM: UC: K Im peein in some train statiom

Oct 13, 2021, 2:45:02 PM: UC: Bathroom

Oct 13, 2021, 2:45:19 PM: UC: 🤣

Oct 13, 2021, 2:46:42 PM: HUNT: Were

Oct 13, 2021, 2:46:48 PM: UC: Can we eat here

Oct 13, 2021, 2:47:01 PM: HUNT: Where

Oct 13, 2021, 2:47:23 PM: UC: I'm at some train station restrant

Oct 13, 2021, 2:47:47 PM: HUNT: Where huh

Oct 13, 2021, 2:48:19 PM: UC: Gran course I think

Oct 13, 2021, 2:48:37 PM: HUNT: They expensive

Oct 13, 2021, 2:48:50 PM: UC: O

Oct 13, 2021, 2:49:13 PM: HUNT: I see grand concourse

Oct 13, 2021, 2:49:55 PM: HUNT: I'm right outside of it

Oct 13, 2021, 2:50:30 PM: UC: K 1 sec

Oct 13, 2021, 2:51:11 PM: UC: Test

17.     On today's date, October 13, 2021, HUNT arrived at Station Square in Allegheny County, Pennsylvania at the pre-determined time.  At that time, agents arrested HUNT for violating 18 U.S.C. § 2242(b), attempted coercion and enticement of a minor to engage in sexual activity. Upon temporarily detaining HUNT, agents seized HUNT's cellular telephone from him.   The cellular telephone was unlocked.  At this time, which was approximately 2:51 PM, the undercover sent a "test" text Message (depicted in the chat content above) to the telephone number via which the undercover had been communicating with HUNT.   Agents witnessed HUNT's cellular telephone receive the "test" text message.

18.     HUNT, who is 30 years old, admitted in a *Mirandized* and audio and video recorded interview that he was the individual who has been communicating with the undercover since September 2021, via social networking applications and through text messages.   HUNT admitted to knowing the purported girl was thirteen.  HUNT also stated during the interview that he was the only person using his telephone to speak to the undercover and that he made the sexually explicit comments mentioned in the chats above.  HUNT also admitted to asking to see a picture of the purported girl's vagina.

25

19.     On October 13, 2021, HUNT took a train route from where he was staying to Station Square, in Allegheny County, Pennsylvania to engage in sexual activity with the purported child.

20.     The acts that HUNT planned to engage in with the purported child, as described in his chats with the undercover, are crimes punishable under Pennsylvania law, as described above at paragraph 3.

## **<u>CONCLUSION</u>**

21.     Considering all of the foregoing, there is probable cause to believe that, from on or about September 13, 2021, and continuing thereafter until on or about October 13, 2021, in the Western District of Pennsylvania, the defendant, THOMAS HUNT, did use a facility or means of interstate commerce, the Internet and over a cellular phone network, to knowingly attempt to persuade, induce, entice or coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, in violation of 18 U.S.C. § 2422(b).

22.     The above information is true and correct to the best of my knowledge, information, and belief.

s/*Samantha Shelnick*
SAMANTHA SHELNICK
Special Agent, FBI

Sworn to before me, by *telephone*,
pursuant to Fed. R. Crim. P. 41(b)(2)(A),
this 14th day of October, 2021.

_____
HONORABLE CYNTHIA REED EDDY
CHIEF UNITED STATES MAGISTRATE JUDGE